148 So. 924

**Carman P. RACHELS v. STATE.**
5 Div. 899.

Court of Appeals of Alabama.
May 9, 1933.

SAMFORD, Judge.
Appeal dismissed.

148 So. 924

**Melvin RANKIN v. STATE.**
7 Div. 958.

Court of Appeals of Alabama.
June 6, 1933.

BRICKEN, Presiding Judge.
Appeal dismissed.

148 So. 924

**Carl RANSOM v. STATE.**
7 Div. 967.

Court of Appeals of Alabama.
June 6, 1933.

RICE, Judge.
Appeal dismissed.

145 So. 923

**Floyd H. RAY v. CITY OF HUNTSVILLE.**
8 Div. 734.

Court of Appeals of Alabama.
Jan. 19, 1933.

PER CURIAM.
Appeal dismissed for want of prosecution.

147 So. 925

**Holt RAY v. STATE.**
8 Div. 671.

Court of Appeals of Alabama.
March 28, 1933.

BRICKEN, Presiding Judge.
Affirmed.

148 So. 924

**J. D. REESE v. CITY OF TUSCALOOSA.**
6 Div. 498.

Court of Appeals of Alabama.
April 20, 1933.

PER CURIAM.
Appeal dismissed for want of prosecution.

139 So. 922

**Jim REEVES v. STATE.**
8 Div. 415.

Court of Appeals of Alabama.
Feb. 2, 1932.

BRICKEN, P. J.
Appeal dismissed.

147 So. 925

**T. J. RESTER v. R. L. MAY.**
1 Div. 94.

Court of Appeals of Alabama.
April 4, 1933.

Adams & Gillmore, of Grove Hill, for appellant.
F. E. Poole, of Grove Hill, for appellee.

RICE, Judge.
Affirmed.